ANTHONY RONCONE, Respondent, v. NORRISTONE, INC., Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (The order denies defendant's motion for a dismissal of the complaint.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of RUDOLPH DE ANGELIS and AUGUST DE ANGELIS, Respondents, for an Order of Review against HENRY E. BRUCKMAN, Chairman, and Others, Constituting the State Liquor Authority of the State of New York, Appellants.— Order so far as appealed from reversed on the law, without costs of this appeal to any party. (See Alcoholic Bev. Control Law, § 121; *Matter of Yates* v. *Mulrooney*, 245 App. Div. 146, and *Matter of Yacht Club Catering* v. *Bruckman*, 276 N. Y. 44.) All concur. (The portion of the order appealed from stays the enforcement of defendants' revocation order pending determination of the proceedings by the Appellate Division.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ. [174 Misc. 790.]

ANTOINETTE CHURCHMAN BARLOW, as Administratrix, etc., of FRANCIS CHURCHMAN, Deceased, Appellant, v. BRYAN HUSTED and EDWARD FITZGERALD, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

CHARLES SUTTON, an Infant, etc., by HAZEL SUTTON, His Guardian ad Litem, Appellant, v. BRYAN HUSTED and EDWARD FITZGERALD, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

HARRY HART, Appellant, v. BRYAN HUSTED and EDWARD FITZGERALD, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

HAZEL SUTTON, Appellant, v. BRYAN HUSTED and EDWARD FITZGERALD, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

BERTHA LANDERS, Appellant, v. BRYAN HUSTED and EDWARD FITZGERALD, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

HELEN SLIWINSKI, an Infant over the Age of Fourteen, by DORA COONLEY, Her Guardian ad Litem, Appellant, v. MARGARET SHELDON, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

YVONNE LOGAN, Appellant, v. MARGARET SHELDON, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JOHN HANLEY, Appellant, v. MARGARET SHELDON, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.